UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br> v.<br><br>YASIR ALHUMIDI, *et al.*<br><br>  Defendants. | No.  1:20-cv-00127-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BE GRANTED<br><br>(Doc. Nos. 17, 21) |

On January 23, 2020, plaintiff Jose Trujillo filed a complaint against defendants Yasir Alhumidi d/b/a J Street Mini Mart, Juan Carlos d/b/a Jalisco's Tacos, Madram M. Shuaibi, and Nasser S. Shuaibi (collectively referred to as "Defendants"), pursuant to Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq*; the California Unruh Act, California Civil Code § 51 *et seq.*; and California Health & Safety Code §§ 19955, 19959.  (Doc. No. 1).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendants did not answer or otherwise respond to plaintiff's complaint.  (*See* docket). Accordingly, on March 13, 2020 and March 26, 2020, plaintiff requested a clerk's entry of default against the defendants which were then entered. (Doc. Nos. 9–14.)  Thereafter, on July 15, 2020, plaintiff moved for a default judgment.  (Doc. No. 17).  On June 14, 2021, findings and

recommendations were issued recommending that plaintiff's motion be granted. (Doc. No. 63.) Defendants have filed no objections and the time for doing so has passed. (*See* docket).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on June 14, 2021 (Doc. No. 21) are adopted in full;
2. Plaintiff's motion for default judgment (Doc. No. 17) is granted;
3. Plaintiff is awarded statutory damages in the amount of $4,000;
4. Plaintiff is awarded attorney's fees, litigation expenses and costs in the amount of $3,629.65;
5. Defendants are ordered to rectify all architectural barriers on their property so that it provides accessible parking, sidewalk access and seating within the requirements of the ADA; and
6. The Clerk of the Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated: __**July 20, 2021**__

_____
UNITED STATES DISTRICT JUDGE